IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John F. Bulboff, | ) | Case No. 17-22983 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John F. Bulboff, | ) | Related to Document No. 27 |
| Social Security No. XXX-XX- 2709 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Newville Electrical Services Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 3, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Newville Electrical Services, Inc.
Attn: Payroll Dept.
34 N. Corporation Street
Newville, PA 17241

Date of Service:    October 3, 2017        /s/ Julie Frazee Steidl
                                            Julie Frazee Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com