**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 17−22983−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
John F. Bulboff
7 Cherry Lane
Coal Center, PA 15423

Social Security No.:
xxx−xx−2709

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Julie Frazee Steidl | Ronda J. Winnecour |
| 707 Grant Street Suite 2830 | Suite 3250, USX Tower |
| Gulf Building. | 600 Grant Street |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| Telephone number:  412−391−8000 | Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| November 13, 2017 | November 13, 2017 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/4/17

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22983-JAD
John F. Bulboff                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala          Page 1 of 2            Date Rcvd: Oct 04, 2017
                           Form ID: rsc13       Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db          +John F. Bulboff,   7 Cherry Lane,   Coal Center, PA 15423-1217
cr          +Dep't of Revenue Office of Attorney General,   Anthony T. Kovalchick,   564 Forbes Avenue,
              Manor Building,   Pittsburgh, PA 15219-2908
14664188     Alyeska, Inc.--Big Bear Lake,   Route 3,   Box 204,   Bruceton Mills, WV 26525
14664189    +Amy F. Doyle, Esq.,   Doyle Adler LLC,   11 East Market St.,   Suite 102,   York, PA 17401-1263
14664190    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   c/o TSYS Total Debt Mangement,   PO Box 5155,
              Norcross, GA 30091)
14671308    +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14664193    +First Data,   265 Broad Hollow Rd.,   Melville, NY 11747-4833
14681949    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14664195    +John J. Hyland,   3510 Outlook Dr.,   West Mifflin, PA 15122-1800
14664197     Office of UC Tax Services,   651 Boas Street,   Harrisburg, PA 17121-0750
14664199     PNC Cardmember Services,   PO Box 2859,   Kalamazoo, MI 49003-2859
14664200    +Samuel A. Moore, Esquire,   5311 Brightwood Rd.,   Bethel Park, PA 15102-3617
14664201     Santander Consumer USA,   Attn: Bankruptcy Dept.,   PO Box 560284,   Dallas, TX 75356-0284
14664202    +Shapiro & DeNardo, LLC,   3600 Horizon Dr.,   Suite 150,   King of Prussia, PA 19406-4702
14664203    +Specialized Loan Servicing LLC,   8742 Lucent Blvd,   Suite 300,
              Highlands Ranch, CO 80129-2386
14669900     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   PO Box 19657,   Irvine, CA 92623-9657
14664205    +Wells Fargo Dealer Services-BK Dept.,   PO Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:20:12     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14664191     E-mail/Text: mrdiscen@discover.com Oct 05 2017 01:19:52     Discover Bank,
              6500 New Albany Rd.,   New Albany, OH 43054
14664192     E-mail/Text: bknotice@erccollections.com Oct 05 2017 01:20:45     Enhanced Recovery,
              8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
14664194     E-mail/Text: bankruptcy.notices@hdfsi.com Oct 05 2017 01:21:06
              Harley Davidson Financial Services,   PO Box 22048,   Carson City, NV 89721-2048
14664196    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2017 01:20:37     Midland Funding,
              2365 Northside Dr.,   Suite 30,   San Diego, CA 92108-2709
14664198     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:20:12     PA Department of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14693183     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:20:12
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
14664204    +E-mail/Text: appebnmailbox@sprint.com Oct 05 2017 01:20:35     Sprint,   PO Box 8077,
              London, KY 40742-8077
                                                                          TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Deutsche Bank National Trust Company, Et Al...
cr*         +John J. Hyland,   3510 Outlook Drive,   West Mifflin, PA 15122-1800
                                                                          TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: aala          Page 2 of 2          Date Rcvd: Oct 04, 2017
                             Form ID: rsc13       Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:

          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
           akovalchick@attorneygeneral.gov
          Francis E. Corbett    on behalf of Creditor John J. Hyland fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, Et Al...
           bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor John F. Bulboff julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6