# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Bulboff_____ (JAD)/TPA/CMB/GLT

Case Number: __17-22983__

Date of Meeting: __11__/__13__/__17__     Recording # __3__
Debtor(s) present __✓__ or Not Present ___ ( ___ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Steidl_____ (Present __✓__ or Not Present ___ )
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Kovalchuk for PA Dept of Revenue

2015 & 2016 returns are all unfiled
Debtor was self employed during those years

→ 2016 941s unfiled & last Q of 2015
Stopped self employment April 2017
→ now with Sargent electric (through union)
→ has A/R ~ $40K plus business equip of ± 5000

Can it for proof of payments for filed returns

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                                      _____ Order to Show Cause Requested
                                                          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    _____ 341 Meeting     OR __✓__ Conciliation Conf. OR _____ *Contested Hearing
    On __1/11/18_____ at __2:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee