# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JOHN F. BULBOFF |
| Case Number: | 17-22983-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 11, 2018 02:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
1/19/18 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#20 - Continued Confirmation of Plan Dated 8/16/2017 (N)
+ Objection By: PA Dept. of Revenue
R / M #: 20 / 0

*Appearances:* Held (

Debtor:
Trustee: Winnecour / Pail / Katz
Creditor: Kovalchek – Dept. of Revenue
Karl – Specialized Loan Service
Illar – Lehman

*Proceedings:*

Outcome: Dismissed

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2018    2:00:04PM