**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **John F. Bulboff** | : | Case No. 17−22983−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Jan. 11, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 19th of January, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-22983-JAD
John F. Bulboff                                                     Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                Page 1 of 2         Date Rcvd: Jan 19, 2018
                              Form ID: 309              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +John F. Bulboff,    7 Cherry Lane,    Coal Center, PA 15423-1217
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                 Manor Building,    Pittsburgh, PA 15219-2908
14664188        Alyeska, Inc.--Big Bear Lake,    Route 3,    Box 204,   Bruceton Mills, WV 26525
14664189       +Amy F. Doyle, Esq.,    Doyle Adler LLC,    11 East Market St.,   Suite 102,   York, PA 17401-1263
14671308       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14753085       +Empire Funding,    c/o Zachter PLLC,    2 University Plaza, Suite 205,
                 Hackensack, NJ 07601-6211
14664193       +First Data,    265 Broad Hollow Rd.,    Melville, NY 11747-4833
14681949       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14664195       +John J. Hyland,    3510 Outlook Dr.,    West Mifflin, PA 15122-1800
14664197        Office of UC Tax Services,    651 Boas Street,    Harrisburg, PA 17121-0750
14664199        PNC Cardmember Services,    PO Box 2859,    Kalamazoo, MI 49003-2859
14664200       +Samuel A. Moore, Esquire,    5311 Brightwood Rd.,    Bethel Park, PA 15102-3617
14664202       +Shapiro & DeNardo, LLC,    3600 Horizon Dr.,    Suite 150,   King of Prussia, PA 19406-4702
14664203       +Specialized Loan Servicing LLC,    8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
14664205       +Wells Fargo Dealer Services-BK Dept.,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14664190        EDI: CAPITALONE.COM Jan 20 2018 02:08:00      Capital One,   c/o TSYS Total Debt Mangement,
                 PO Box 5155,    Norcross, GA 30091
14664191        EDI: DISCOVER.COM Jan 20 2018 02:08:00      Discover Bank,   6500 New Albany Rd.,
                 New Albany, OH 43054
14664192        E-mail/Text: bknotice@erccollections.com Jan 20 2018 02:31:45      Enhanced Recovery,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14664194        E-mail/Text: bankruptcy.notices@hdfsi.com Jan 20 2018 02:32:15
                 Harley Davidson Financial Services,    PO Box 22048,    Carson City, NV 89721-2048
14738356        EDI: RESURGENT.COM Jan 20 2018 02:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14753997        EDI: RESURGENT.COM Jan 20 2018 02:08:00      LVNV Funding, LLC its successors and assigns as as,
                 PO Box 10587,    Greenville, SC 29603-0587
14664196       +EDI: MID8.COM Jan 20 2018 02:08:00      Midland Funding,   2365 Northside Dr.,   Suite 30,
                 San Diego, CA 92108-2709
14664198        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:31:21      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14693183        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:31:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
14664201        EDI: DRIV.COM Jan 20 2018 02:08:00      Santander Consumer USA,   Attn: Bankruptcy Dept.,
                 PO Box 560284,    Dallas, TX 75356-0284
14664204       +EDI: NEXTEL.COM Jan 20 2018 02:08:00      Sprint,   PO Box 8077,   London, KY 40742-8077
14669900        EDI: WFFC.COM Jan 20 2018 02:08:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 PO Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, Et Al...
cr*            +John J. Hyland,    3510 Outlook Drive,    West Mifflin, PA 15122-1800
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 2 of 2            Date Rcvd: Jan 19, 2018
                              Form ID: 309              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
               akovalchick@attorneygeneral.gov
              Francis E. Corbett    on behalf of Creditor John J. Hyland fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor John F. Bulboff julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
              tcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```