**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN F. BULBOFF

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-22983 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/24/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,680.00 |
| Less Refunds to Debtor | 1,606.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 73.92 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 73.92 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 73.92 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALYESKA INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 972.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 4420 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1255 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 26,040.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 1255 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 6,215.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 6052 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN F. BULBOFF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7080 | | | | |
| PA DEPARTMENT OF REVENUE* | 10,610.76 | 0.00 | 0.00 | 0.00 |
| Acct: 4420 | | | | |
| JOHN F. BULBOFF | 1,606.08 | 1,606.08 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9998 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4657 | | | | |
| FAYETTE WASTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2017 | | | | |
| FIRST DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 1,825.31 | 0.00 | 0.00 | 0.00 |
| Acct: 6816 | | | | |
| JACK MERLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2016 | | | | |
| JOHN J HYLAND | 71,588.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1279 | | | | |
| KEYSTONE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5198 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6896 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIE BULBOFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTHA RUBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 5,574.54 | 0.00 | 0.00 | 0.00 |
| Acct: 4420 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 574.33 | 0.00 | 0.00 | 0.00 |
| Acct: 4599 | | | | |
| EMPIRE FUNDING | 6,937.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0013 | | | | |
| AMY DOYLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SAMUEL A. MOORE, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| 17-22983 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

TOTAL PAID TO CREDITORS                                                                                                0.00

   TOTAL CLAIMED
   PRIORITY            10,610.76
   SECURED             33,229.30
   UNSECURED           86.499.68

Date: 02/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com